39 A.3d 905

IN THE MATTER OF AVROHOM BECKER, AN ATTORNEY
AT LAW (ATTORNEY NO. 003051988).

April 3, 2012.

### ORDER

This matter having been duly presented to the Court (DRB 12–068), it is ORDERED that **AVROHOM BECKER** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1988, and who was suspended from the practice of law for a period of three months retroactive to November 10, 2005, by Order of this Court filed June 12, 2006, be restored to the practice of law, effective immediately.